The Honorable Marsha J. Pechman

UNITED STATES DISTRICT COURT, WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

| | |
|---|---|
| LINDA PACKER,<br><br>Plaintiff,<br><br>v.<br><br>COINSTAR, INC., *et al.*,<br><br>Defendants. | No. C11-133 MJP<br><br>UNOPPOSED MOTION FOR RECONSIDERATION OF THE COURT'S FEBRUARY 14, 2011 ORDER<br><br>NOTE ON MOTION CALENDAR:<br>**February 18, 2011** |

On February 14, 2011, the Court issued an *Order Consolidating Action and Setting Briefing Schedule on Motion to Appoint Lead Plaintiff and Lead Counsel* (the "February 14, 2011 Order"). Pursuant to the February 14, 2011 Order, the Court consolidated two of four pending, related actions and directed that motions for appointment of lead counsel and lead plaintiff be filed no later than March 10, 2011.

To date, at least four cases alleging federal securities claims have been filed in the Western District of Washington: 1) *Packer* (No. C11-133 MJP, filed January 24, 2011); 2) *Wilkerson* (No. C11-176 MJP, filed February 1, 2011); 3) *Nagler* (No. C11-193 RAJ); and 4) *Weiss* (No. C11-202 JLR). *Packer* was the first-filed action on January 24, 2011. Counsel for

UNOPPOSED MOTION FOR RECONSIDERATION - 1
Case No. C11-133 MJP



1918 EIGHTH AVENUE, SUITE 3300 • SEATTLE, WA 98101
(206) 623-7292 • FAX (206) 623-0594

010227-11  426520 V1

1  Ms. Packer issued a notice over the GLOBE NEWSWIRE on January 24, 2011.  Barth Decl.,
2  Exhibit A.[1]

3   Pursuant to the relevant provisions of the Private Securities Litigation Reform Act, "not
4  later than 60 days after the date on which the notice [of the pendency of the lawsuit] is published,
5  any member of the purported class may move the court to serve as lead plaintiff of the purported
6  class."  15 U.S.C. § 78u-4(a)(3)(A)(i)(II).

7   Counsel for Packer issued the statutorily mandated notice on January, 24, 2011.  In that
8  notice, Packer informs potential movants that the statutorily imposed deadline for submitting
9  motions seeking appointment as lead plaintiff is March 25, 2011.  The Court's February 14, 2011
10 Order truncates the statutory deadline by fifteen (15) days, setting the deadline for filing a
11 motion for lead plaintiff on March 10, 2011.  As a result, potential movants who have not filed
12 complaints will likely remain unaware of this Court's deadline, instead filing their motions for
13 appointment of lead plaintiff by the statutorily mandated March 25, 2011 deadline.  The parties
14 hereby request that the Court revise its February 14, 2011 Order to meet the statutory mandate,
15 setting the lead plaintiff motion deadline for March 25, 2011.  This motion is made jointly by the
16 Plaintiffs in both the *Packer* and *Wilkerson* actions. Counsel for the Defendants in both actions
17 have been consulted and do not oppose this motion.  Counsel for Plaintiffs in both the *Nagler*
18 and *Weiss* actions have been consulted and support this motion.

---

[1] Plaintiffs Nagler and Weiss filed their actions on February 3, 2011 and February 4, 2011 respectively.  Both plaintiffs related their actions to the *Packer* action.

UNOPPOSED MOTION FOR RECONSIDERATION - 2
Case No. C11-133 MJP



1918 EIGHTH AVENUE, SUITE 3300 • SEATTLE, WA  98101
(206) 623-7292 • FAX (206) 623-0594

010227-11  426520 V1

Respectfully submitted this 18th day of February, 2011.

　　　/s/ Karl P. Barth
Steve W. Berman
Karl P. Barth
**HAGENS BERMAN SOBOL SHAPIRO LLP**
1918 Eighth Ave.
Suite 3300
Seattle, WA 98101
Telephone: (206) 623-7292

Kim Miller
**KAHN SWICK & FOTI, LLC**
500 Fifth Avenue, Ste. 1810
New York, NY 10110
Telephone: (212) 696-3730

Lewis Kahn
**KAHN SWICK & FOTI, LLC**
206 Covington Street
Madisonville, Louisiana 70447
Telephone: (504) 455-1400

*Counsel for Linda Packer*

/s/ Elizabeth Ann Leland
Lynn Lincoln Sarko, WSBA #16569
Juli E. Farris, WSBA #17593
Elizabeth Ann Leland, WSBA #23433
**KELLER ROHRBACK L.L.P.**
1201 Third Avenue, Suite 3200
Seattle, WA 98101-3052
(206) 623-1900

UNOPPOSED MOTION FOR RECONSIDERATION - 3
Case No. C11-133 MJP



1918 EIGHTH AVENUE, SUITE 3300 • SEATTLE, WA 98101
(206) 623-7292 • FAX (206) 623-0594

010227-11  426520 V1

1  Francis M. Gregorek
    Rachele R. Rickert
2  **WOLF HALDENSTEIN ADLER FREEMAN & HERZ LLP**
    Symphony Towers
3  750 B Street, Suite 2770
    San Diego, CA 92101
4  (619) 239-4599

5  *Counsel for Gary Wilkerson*

6

7

8

9

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

UNOPPOSED MOTION FOR RECONSIDERATION - 4
Case No. C11-133 MJP



1918 Eighth Avenue, Suite 3300 • Seattle, WA 98101
(206) 623-7292 • FAX (206) 623-0594

010227-11  426520 V1

**CERTIFICATE OF SERVICE**

I hereby certify that on February 18, 2011, I electronically filed the foregoing with the Clerk of the Court using the CM/ECF system which will send notification of such filing to the following:

    **Steve W. Berman,** steve@hbsslaw.com

    **Jerome F. Birn, Jr,** jbirn@wsgr.com

    **Juli E. Farris,** jfarris@KellerRohrback.com

    **Francis M. Gregorek,** gregorek@whafh.com

    **Barry M Kaplan,** bkaplan@wsgr.com

    **Elizabeth Ann Leland,** bleland@kellerrohrback.com

    **Rachele R Rickert,** rickert@whafh.com

    **Lynn Lincoln Sarko,** lsarko@kellerrohrback.com

    **Gregory L Watts,** gwatts@wsgr.com

DATED: February 18, 2011

      s/ Karl P. Barth
      KARL P. BARTH
      1918 8th Avenue, Suite 3300
      Seattle, WA  98101
      Telephone:  (206) 623-7292
      Facsimile:  (206) 623-0594
      karlb@hbsslaw.com

