The Honorable Marsha J. Pechman

UNITED STATES DISTRICT COURT, WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

| | |
|---|---|
| LINDA PACKER,<br><br>               Plaintiff,<br><br>   v.<br><br>COINSTAR, INC., *et al.*,<br><br>               Defendants. | No. C11-133 MJP<br><br>DECLARATION OF KARL P. BARTH IN SUPPORT OF PLAINTIFF'S UNOPPOSED MOTION FOR RECONSIDERATION OF THE COURT'S FEBRUARY 14, 2011 ORDER |

I, Karl P. Barth, declare as follows:

1. I am an attorney with Hagens Berman Sobol Shapiro LLP and am one of the counsel representing Plaintiff Linda Packer. I make this declaration based on personal knowledge of which I am competent to testify.

2. Attached hereto as Exhibit A is a true and correct copy of a notice to shareholders of Coinstar, Inc. regarding the lawsuit, which was issued by my co-counsel Kahn Swick & Foti on January 24, 2011 over the GLOBENEWSWIRE. I personally downloaded this notice from LexisNexis on February 17, 2011.

3. On February 17, 2011, I received authorization from Gregory Watts of Wilson Sonsini Goodrich & Rosati to state that the Defendants do not oppose the accompanying motion for reconsideration.

DECLARATION OF KARL P. BARTH - 1
Case No. C11-133 MJP



1918 EIGHTH AVENUE, SUITE 3300 • SEATTLE, WA 98101
(206) 623-7292 • FAX (206) 623-0594

010227-11  426522 V1

4. Also on February 17, 2011, I received permission from counsel for plaintiffs in both the *Nagler* and *Weiss* actions to assert that they support the accompanying motion for reconsideration.

I swear under penalty of perjury under the laws of the State of Washington and the United States of America that the foregoing is true and correct.

Executed on February 18, 2011, in Seattle, Washington.

By: s/ Karl P. Barth
Karl P. Barth

DECLARATION OF KARL P. BARTH - 2
Case No. C11-133 MJP



1918 Eighth Avenue, Suite 3300 • Seattle, WA 98101
(206) 623-7292 • FAX (206) 623-0594

010227-11  426522 V1

# **CERTIFICATE OF SERVICE**

I hereby certify that on February 18, 2011, I electronically filed the foregoing with the Clerk of the Court using the CM/ECF system which will send notification of such filing to the following:

**Steve W. Berman,** steve@hbsslaw.com

**Jerome F. Birn, Jr,** jbirn@wsgr.com

**Juli E. Farris,** jfarris@KellerRohrback.com

**Francis M. Gregorek,** gregorek@whafh.com

**Barry M Kaplan,** bkaplan@wsgr.com

**Elizabeth Ann Leland,** bleland@kellerrohrback.com

**Rachele R Rickert,** rickert@whafh.com

**Lynn Lincoln Sarko,** lsarko@kellerrohrback.com

**Gregory L Watts,** gwatts@wsgr.com

DATED:  February 18, 2011

   s/ Karl P. Barth
KARL P. BARTH
1918 8th Avenue, Suite 3300
Seattle, WA  98101
Telephone:  (206) 623-7292
Facsimile:  (206) 623-0594
karlb@hbsslaw.com

DECLARATION OF KARL P. BARTH - 3
Case No. C11-133 MJP



1918 Eighth Avenue, Suite 3300 • Seattle, WA  98101
(206) 623-7292 • FAX (206) 623-0594

010227-11  426522 V1