The Honorable Marsha J. Pechman

UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

| | |
|---|---|
| IN RE COINSTAR, INC. SECURITIES LITIGATION | CASE NO. 2:11-cv-00133-MJP |
| This document relates to: *Wilkerson v. Coinstar, Inc., et al.*, Case No. C11-176 MJP | **AMENDED NOTICE OF VOLUNTARY DISMISSAL PURSUANT TO FEDERAL RULE OF CIVIL PROCEDURE 41(a)** |

TO: ALL PARTIES AND THEIR COUNSEL OF RECORD:

WHEREAS, on February 1, 2011, plaintiff Gary Wilkerson ("Plaintiff Wilkerson") filed a Class Action Complaint for Violation of the Federal Securities Laws in this Court entitled, *Wilkerson v. Coinstar, Inc., et al.*, Case No. C11-176 MJP;

WHEREAS, five other related cases have also been filed and consolidated pursuant to orders of this Court dated February 14, 2011 and March 15, 2011;

WHEREAS, Mr. Wilkerson believes the putative Class in this action is adequately served by the representation of the other named plaintiffs in this consolidated action and by the Lead Plaintiff that will be appointed by this Court on or about April 15, 2011, and wishes to voluntarily dismiss the Wilkerson action;



LAW OFFICES OF
KELLER ROHRBACK L.L.P.
1201 THIRD AVENUE, SUITE 3200
SEATTLE, WASHINGTON 98101-3052
TELEPHONE: (206) 623-1900
FACSIMILE: (206) 623-3384

THEREFORE, Pursuant to Rule 41(a)(1)(A)(i) of the Federal Rules of Civil Procedure, Defendants having not answered the Complaint or filed a motion for summary judgment, Plaintiff Wilkerson hereby gives notice of his voluntary dismissal of his claims in this action without prejudice.

This voluntary dismissal has no bearing on the pendency or prosecution of the Lead Case, *In re Coinstar Inc. Securities Litigation*, Case No. C11-133 MJP, and is made without prejudice to the rights of Plaintiff Wilkerson to participate in this action as a member of the proposed class and to share in any settlement or recovery.

DATED this 11th day of April, 2011.

KELLER ROHRBACK L.L.P.

/s/ Elizabeth A. Leland

Lynn Lincoln Sarko
lsarko@kellerrohrback.com
Juli E. Farris
jfarris@kellerrohrback.com
Elizabeth A. Leland
bleland@kellerrohrback.com
1201 Third Avenue, Suite 3200
Seattle, WA 98101
Telephone: (206) 224-7496
Facsimile: (206) 623-3384

WOLF HALDENSTEIN ADLER
FREEMAN & HERZ LLP
Frank Gregorek (admitted *pro hac vice*)
Gregorek@whafh.com
Rachele R. Rickert (admitted *pro hac vice*)
Rickert@whafh.com
Symphony Towers
750 B Street, Suite 2770
San Diego, CA 92101
Telephone: (619) 239-4599
Facsimile: (619) 234-4599
***Attorneys for the Willis Group and Proposed Lead Counsel***

## CERTIFICATE OF SERVICE

I hereby certify that on April 11, 2011, I electronically filed the foregoing paper with the Clerk of the Court using the ECF system, which will send notification of such filing to all counsel of record. There are no non-CM/ECF participants.

/s/ Elizabeth A. Leland________________
Elizabeth A. Leland, WSBA #23433



LAW OFFICES OF
KELLER ROHRBACK L.L.P.
1201 THIRD AVENUE, SUITE 3200
SEATTLE, WASHINGTON 98101-3052
TELEPHONE: (206) 623-1900
FACSIMILE: (206) 623-3384