UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

| | |
|---|---|
| LINDA PACKER,<br>Plaintiff,<br>v.<br>COINSTAR INC,<br>Defendant. | CASE NO. C11-133-MJP<br>ORDER DENYING DISTRIBUTION OF THE NET SETTLEMENT FUND |

This matter comes before the Court on Plaintiff's motion for an order approving distribution of the net settlement fund. (Dkt. No. 175.) Having reviewed the motion and all related papers, the Court DENIES the motion without prejudice for the following reason:

Paragraph seven contains a provision whereby any balance remaining in the net settlement fund will be contributed to not-for-profit charitable organizations, as chosen by lead Plaintiff and lead counsel. (Dkt. No. 175-1 at 2.) The Court will not enter an order without a provision for the Court to approve the choice of organization and ensure Plaintiff and counsel have no personal connection to the organization or fund. Plaintiff may file an amended motion curing the defect noted above.

The clerk is ordered to provide copies of this order to all counsel.

Dated this 11th day of June, 2014.

Marsha J. Pechman
Chief United States District Judge